

FILED
CLERK, U.S. DISTRICT COURT
SEP - 9 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>FERMIN BENITEZ CATALAN,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:25-mj-00747<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of  DEFENDANT , IT IS ORDERED that a detention hearing is set for  September 10 , 2025 , at  1:30  ☐ a.m. / ☒ p.m. before the Honorable  JOHN D. EARLY , in Courtroom  6A .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated:  September 9, 2025

U.S. ~~District Judge~~/Magistrate Judge
John D. Early